# United States District Court
## For The Western District of North Carolina
## Asheville Division

Michael Grady Locklear,

               Petitioner(s),

vs.

Alvin Keller, Jr.,
Robert C. Lewis,
Sidney Harkleroad

               Respondent(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-276

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/8/11 Order.

Signed: November 9, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court